# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. HUDIE GRAY            Docket No. 3:01CR00125(AHN)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Anne M. Sangiovanni, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Hudie Gray who was sentenced to 60 months for a violation of Felon in Possession of a Firearm in violation of 18 U.S.C. §922(g)(1) by the Honorable Alan H. Nevas, Senior U.S. District Judge, sitting in the court at Bridgeport, Connecticut on December 18, 2001 who fixed the period of supervision at three (3) years which commenced on August 31, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special condition and terms as follows:

The defendant shall participate in substance abuse treatment as an in or outpatient and shall submit to drug testing as directed by the probation officer. The defendant shall pay all or a portion of costs associated with treatment based on his ability to pay as determined by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of Supervised release:

<u>Charge No. 1</u> - Standard Condition: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician" Mr. Gray tested positive for marijuana on March 30, 2006.

<u>Charge No. 2</u> - Standard Condition: "The defendant shall notify the probation officer ten days prior to any change in residence or employment." On April 28, 2006, Mr. Gray reported that he was moving to an apartment located at 44 Grafton Street in Hartford, Connecticut. He was instructed on that date to notify the probation officer when he had moved in. He failed to contact the probation office as instructed. On May 23, 2006, Mr. Gray reported that he was living in Bridgeport, Connecticut but failed to disclose the address. On June 14, 2006, Mr. Gray's employer reported that he has failed to report for work since June 9, 2006. His employer verified that he was not living in Hartford and was residing at an unknown location in Bridgeport. Mr. Gray failed to notify the probation office that he left his employment. Mr. Gray has failed to notify the probation office of his residence and his whereabouts are unknown at this time. He is considered to be an absconder.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled, so that the offender may be brought before the Court and show cause why his term of supervised release should not be revoked.

**ORDER OF COURT**

Considered and ordered this _20th_ day of July, 2006 and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Sworn to By _____
Anne M. Sangiovanni
United States Probation Officer

Place _Hartford, CT_

Date _July 20, 2006_

Before me, the Honorable Alan H. Nevas, Senior United States District Judge, on this _20th_ day of July, 2006 at Bridgeport, Connecticut, U.S. Probation Officer Anne M. Sangiovanni appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge