AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT



District of _____ Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| HUDIE GRAY | Case Number:      3:01CR00125(AHN ) |
| | USM Number:      14227-014 |
| | Bruce Kofsky, Esq. |
| | Defendant's Attorney |

2006 OCT -3 P 2: 02

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)  1 and 2 _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Use of a controlled substance, to wit marijuana | 3/30/06 |
| 2 | Failure to notify PO of change of residence and employment | 7/20/06 |

      The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    4349

Defendant's Date of Birth:    1975

Defendant's Residence Address:

179 Lewis St.

Bridgeport, CT 06605

Defendant's Mailing Address:

179 Lewis St.

Bridgeport, CT 06605

9/22/06
Date of Imposition of Judgment

_____
Signature of Judge

The Honorable Alan H. Nevas, Senior U.S.D.J.
Name and Title of Judge

9/28/06
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___2___ of ____2____

DEFENDANT:        HUDIE GRAY
CASE NUMBER:      3:01CR00125(AHN)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 months and one day with no supervision to follow.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____ ☐ a.m. ☐ p.m.   on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL